United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUSTY D. SCOTT,

    Petitioner,

v.

J. MARTIN, Associate Warden,

    Respondent.

No. C 05-0064 CRB (PR)

**ORDER**

Petitioner, a state prisoner incarcerated at the Sierra Conservation Camp in Acton, California, filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a judgment of conviction from the Superior Court of the State of California in and for the County of Santa Clara.

Per order filed on April 15, 2005, the court found that petitioner's claims of ineffective assistance of counsel appeared colorable under § 2254 and ordered respondent to show cause why a writ of habeas corpus should not be granted.

The respondent has filed an answer and petitioner has filed a traverse; however, a careful review of the record makes clear that one of petitioner's claims has not been exhausted. Petitioner has not provided the Supreme Court of California with a fair opportunity to rule on his claim that counsel was ineffective for failing to challenge the fact that he was charged and convicted of corporal injury on a spouse, a crime reserved for

1  married and cohabitating adults, despite the fact that he was never legally married to, nor
2  cohabitating with, the alleged victim.

3  When faced with a mixed petition, as is the case here, the district court must give the
4  petitioner the option of either withdrawing his unexhausted claims and proceeding only on
5  his exhausted claims, or of dismissing the entire mixed petition and returning to federal court
6  with a new petition once all claims are exhausted.  See Jefferson v. Budge, 419 F.3d 1013,
7  1016 (9th Cir. 2005); Olvera v Giurbino, 371 F.3d 569, 573 (9th Cir. 2004).  Alternatively,
8  petitioner may be able to seek a stay of these proceedings if he can show that there was good
9  cause for his failure to exhaust his unexhausted claim in state court, and that the claim is
10 potentially meritorious.  See Rhines v. Webber, 125 S. Ct. 1528, 1534-35 (2005).

11 Within 20 days of this order, petitioner shall inform the court in writing whether he
12 wishes to (1) withdraw his unexhausted claims and proceed only on his exhausted claims, (2)
13 dismiss the entire mixed petition and return to federal court with a new petition once all
14 claims are exhausted, or (3) seek a stay of the proceedings under Rhines.

15 Failure to respond within the designated time will result in the dismissal of the entire
16 mixed petition without prejudice to filing a new federal petition containing only exhausted
17 claims.

18 **IT IS SO ORDERED.**

20 Dated: June 14, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE