**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   RUSTY D. SCOTT,                                    No. C 05-0064 CRB (PR)

12                  Petitioner,                         **ORDER**

13       v.

14   J. MARTIN, Associate Warden,

15                  Respondent.
                                                    /
16   _____

17       Per order filed on June 14, 2006, the court found that one of petitioner's claims of

18   ineffective assistance of counsel has not yet been exhausted and, pursuant to the law of the

19   circuit, instructed petitioner to inform the court in writing whether he wished to (1) withdraw

20   his unexhausted claim and proceed only on his exhausted claims, (2) dismiss the entire mixed

21   petition and return to federal court with a new petition once all claims are exhausted, or (3)

22   seek a stay of the proceedings under Rhines v. Webber, 125 S. Ct. 1528 (2005).  The court

23   warned petitioner that failure to respond within 20 days would result in the dismissal of the

24   entire mixed petition without prejudice to filing a new federal petition containing only

25   exhausted claims.

26       Petitioner has filed a response in which he "rejects claim of petition to be mixed."

27   To the extent that petitioner's response may be construed as a motion for reconsideration, it

28   is denied for lack of merit.  See Kelly v. Small, 315 F.3d 1063, 1067-69 (9th Cir. 2003)

     (exhaustion requirement requires that specific factual basis of federal claim be presented to

1  highest state court; finding unexhausted ineffective assistance of counsel and prosecutorial

2  misconduct claims where specific instances of ineffectiveness and misconduct asserted in

3  federal petition were neither in the California Supreme Court petition nor discussed by the

4  California Court of Appeal).

5          Within seven days of this order, petitioner shall inform the court in writing whether he

6  wishes to (1) withdraw his unexhausted claim and proceed only on his exhausted claims, (2)

7  dismiss the entire mixed petition and return to federal court with a new petition once all

8  claims are exhausted, or (3) seek a stay of the proceedings under Rhines.  Failure to choose

9  one of the options above within the designated time will result in the dismissal of the entire

10  mixed petition without prejudice to filing a new federal petition containing only exhausted

11  claims.

12          **IT IS SO ORDERED.**

13

14  Dated: July 07, 2006

15                                          CHARLES  R. BREYER
                                            UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California